IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiffs,<br><br>vs.<br><br>MARTIN DANIEL SANCHEZ MARTINEZ,<br><br>               Defendant. | **4:12CR3055**<br><br>**MEMORANDUM AND ORDER** |

Upon the defendant's unopposed oral motion, (Filing No. 74), and the defendant's request to be detained at this time pending sentencing,

IT IS ORDERED:

1) The Petition For Action On Conditions Of Pretrial Release, (Filing No. 67), is withdrawn.

2) The above-named defendant shall be detained until further order.

3) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

January 7, 2013.

                                                                 BY THE COURT:

                                                                 *s/ Cheryl R. Zwart*
                                                                  United States Magistrate Judge